ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| CJW Contractors, Inc. | ) | ASBCA No. 61833 |
| | ) | |
| Under Contract No. N40085-16-D-0300 | ) | |

APPEARANCE FOR THE APPELLANT:     Douglas L. Patin, Esq.
                                  Bradley Arant Boult Cummings LLP
                                  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                  Matthew S. Hawkins, Esq.
                                  Julie Ruggieri, Esq.
                                   Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Appellant has requested, and the government does not object to, dismissal of this appeal without prejudice. Accordingly, it is dismissed from the Board's docket without prejudice.

Dated: April 17, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61833, Appeal of CJW Contractors, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals